E-FILED 7/14/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BEAUCHAMP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARENTAL UNIT, INC. dba HANK PLAYER U.S.A., a California corporation, and DOES 1-9, inclusive,<br><br>Defendants. | Case No. 2:14-cv-03961-PSG-RZ<br><br>**[PROPOSED] JUDGMENT**<br><br>[Federal Rule of Civil Procedure 68]<br><br>Hon. Philip S. Gutierrez |

In keeping with the terms of the Offer of Judgment and its Acceptance on July 8, 2014, Gregory Beauchamp ("Plaintiff") asks that the Court enter judgment against Parental Unit, Inc. ("Defendant") as follows:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. For the sum of five thousand dollars ($5,000.00), which sum shall include all costs and attorneys' fees otherwise recoverable in this action to the date of the Offer, and which sum is to be paid by Parental Unit, Inc.;

2. For an order dismissing all DOE defendants to the action with prejudice; and

3. Plaintiff shall not sue any other parties over claims arising out of the subject matter of this action and Parental Unit, Inc.'s actions recited therein.

DATED: 7/14/14    _____PHILIP S. GUTIERREZ_____
**HONORABLE PHILIP GUTIERREZ**
UNITED STATES DISTRICT COURT JUDGE

T:\14-28845\Proposed Judgment.docx

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court and that on this day a true and correct copy of:

**[PROPOSED] JUDGMENT**

was served via the court's ECF system to the following counsel for Defendant:

Peggy Dayton
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
pdayton@scheperkim.com

    I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on July 9, 2014, at Santa Monica, California.


                                          /s/ Laura Banuelos
                                          Laura Banuelos